UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR EUGENE TYES,<br><br>    Petitioner,<br><br>v.<br><br>STUART SHERMAN,<br><br>    Respondent. | No. 2:15-cv-02655-GGH<br><br><br><u>ORDERTO SHOW CAUSE</u> |

    Petitioner brings this action in pro se. The matter was referred to this United States Magistrate Judge pursuant to Local Rule 302(c)(21)/

    On September 21, 2017 respondent filed a motion to dismiss the petition. ECF No. 12. On November 15, 2017 this court granted a 14 day extension of time to petitioner to respond to that motion, thus requiring his Opposition due to be filed on or before November 30, 2017. ECF No. 15. No opposition or statement of non-opposition, as required by the Local Rules of this District, have been filed by petitioner.

    In light of the foregoing it is hereby Ordered that:

    1.    Petitioner shall show cause within fifteen (15) days of this Order why his failure to file his Opposition as ordered should not be deemed a waiver of any opposition to the granting of the motion or he shall file an opposition.

    2.    Petitioner is cautioned that failure to respond timely to this Order to Show cause will lead to a recommendation that his petition shall be dismissed with prejudice;

1

3. The Clerk of the Court shall randomly assign this matter to a district court judge.

IT IS SO ORDERED.

Dated: December 5, 2017

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE